**Christopher G. Salloum, Esq.**
**MANDELBAUM SALSBURG, P.C.**
**3 Becker Farm Road – Suite 105**
**Roseland, New Jersey 07068**
**Telephone: (973) 736-4600**
**Facsimile: (973) 514-1660**
**E-mail: csalloum@lawfirm.ms**
**Attorneys for Defendant**
   **Chemisys Laboratories, LLC**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATIONAL MEDICAL SERVICES, INC, <br><br> Plaintiff, <br><br> v. <br><br> CHEMISYS LABORATORIES, LLC, <br><br> Defendant. | DOCKET NO. 2:19-cv-04011-MCA-LDW <br><br> Civil Action <br><br> **APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY PURSUANT TO L. CIV. R. 6.1(b)** <br><br> *Document Electronically Filed* |

Pursuant to L. Civ. R. 6.1(b), Defendant, Chemisys Laboratories, LLC ("Defendant"), hereby applies for the entry of an Order by the Clerk extending for fourteen (14) days the time within which it must answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned matter.  In support of this application, the undersigned states as follows.

1. On February 11, 2019, Defendant was served with a copy of Summons in a Civil Case, Plaintiff's Complaint, Exhibit, Rule 7.1 Statement, all of which Plaintiff filed in connection with the above-captioned matter.

2. Absent an extension, Defendant must answer, move, or otherwise respond to the Complaint no later than March 4, 2019.

3. Defendant has not previously obtained an extension from the Court in this matter.

4. Defendant respectfully requests that the Clerk enter an Order extending the time within which he must answer, move, or otherwise respond to Plaintiff's Complaint for a period of fourteen (14) days, through and including **March 18, 2019**.

                                     **MANDELBAUM SALSBURG, P.C.**
                                     Attorneys for Defendant
                                         Chemisys Laboratories, LLC


                                 By: s/ Christopher G. Salloum
                                     Christopher G. Salloum

Dated: March 4, 2019

**ORDER**

The within application is GRANTED and it is hereby ORDERED that the time within which Defendant may answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned matter shall be, and hereby is, extended for a period of fourteen (14) days, through and including March 18, 2019.

                                               WILLIAM T. WALSH, Clerk

Date: _____   By: _____
                                                      Deputy Clerk

**CERTIFICATE OF SERVICE**

On this date, I certify that I filed the above and foregoing application by ECF, and that the same was served upon opposing counsel via ECF.

                                               By: s/ Christopher G. Salloum
                                                  Christopher G. Salloum

Dated: March 4, 2019