IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATIONAL MEDICAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHEMISYS LABORATORY, LLC, <br><br> Defendant. | Docket No. 2:19-cv-04011-MCA-LDW <br><br> Civil Action <br><br> **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE MOVE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff, National Medical Services, Inc., and counsel for Defendant, Chemisys Laboratories, LLC, that the time within which Defendant may answer or otherwise move with respect the Complaint in the above-captioned matter shall be, and hereby is, extended through and including **April 15, 2019**.

| | |
|---|---|
| **ARTHUR RUSSELL, ESQ.** <br> Attorneys for Plaintiff | **MANDELBAUM SALSBURG, P.C.** <br> Attorneys for Defendant |
| By: _____ <br> Arthur Russell, Esq. | By: _____ <br> Christopher G. Salloum, Esq. |
| Dated: March 28, 2019 | Dated: March 28, 2019 |

SO ORDERED:

_Leda D. Wettre_  4/1/19

Hon. Leda D. Wettre, U.S.M.J.