Arthur Russell, Esq. (NJ Bar No. 003211990)
 *Attorney for Plaintiff*
*National Medical Services, Inc.*
661 Franklin Avenue
Nutley, NJ 07110
Tel.: (973) 661-4545

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY (NEWARK)

| | |
|---|---|
| NATIONAL MEDICAL SERVICES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> CHEMISYS LABORATORY, LLC, <br><br> Defendants. | DOCKET No. 19-cv-4011(MCA) <br><br> Civil Action <br><br> **Request to Reopen** |

The settlement reported to the Court on May 21, 2019 not having been consummated, Plaintiff, National Medical Services, Inc., pursuant the terms of the 60 Day Order Administratively Terminating Action (Docket #13), respectfully requests that the action be reopened.

Dated:    Nutley, New Jersey
         July 18, 2019

                                    /s/Arthur Russell_____
                                    Arthur Russell, Esq.
                                     *Attorney for Plaintiff*
                                    *National Medical Services, Inc.*
                                    661 Franklin Avenue
                                    Nutley, NJ 07110
                                    (ADR-0506)
                                    Tel.: (973) 661-4545