

Christopher G. Salloum  
Associate

direct: 973-607-1267  
csalloum@lawfirm.ms

July 18, 2019

**VIA ECF**

The Honorable Leda D. Wettre, U.S.M.J.  
United States District Court for the District of New Jersey  
Martin Luther King Building & U.S. Courthouse  
50 Walnut Street  
Newark, New Jersey 07101

      **RE:** *National Medical Services, Inc. v. Chemisys Laboratory LLC*  
            **Docket No. 2:19-cv-04011-MCA-LDW**

Dear Judge Wettre:

     We are writing to respectfully request that the Court exercise its discretion under L.Civ.R. 301.1(d) to refer this matter to mediation. Chemisys Laboratories, LLC believes that this matter is ripe for mediation, and that, with the guidance of a skilled and objective mediator, an appropriate and just settlement will be reached.

     We thank the Court for its attention to this correspondence. Should the Court require any additional information, we will endeavor to provide it.

                                                     Respectfully submitted,

                                                     **MANDELBAUM SALSBURG, P.C.**

                                                     By: _____  
                                                        Christopher G. Salloum