# ARTHUR RUSSELL
### ATTORNEY AT LAW

45 BROADWAY, SUITE 2200
NEW YORK, NEW YORK 10006

E-mail: arthur@attorneyrussell.com

661 FRANKLIN AVENUE
NUTLEY, NEW JERSEY 07110
Tel: 973-661-4545
Fax: 973-661-4646
*(Please correspond with NJ office)*

September 13, 2019

**VIA ECF**
The Honorable Leda D. Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE: *National Medical Services, Inc. v. Chemisys Laboratory LLC*
    Docket No. 2:19-cv-04011-MCA-LDW

Dear Judge Wettre:

I am counsel to the Plaintiff. I write to request a brief adjournment of the telephone conference scheduled for 2 pm today and a corresponding extension of the administrative dismissal date set for today in contemplation of the settlement worked out at a conference with Your Honor in April.

The reason for the request is that my adversary, Mr. Salloum, is ill. With regard to the settlement itself, my client agreed to the text of the last draft Mr. Salloum circulated, but the agreement has not been executed. An adjournment of the conference and extension of the administrative dismissal date to next Friday, September 20, 2019, will, in all likelihood, make the conference unnecessary.

We thank the Court for its time and attention to this matter.

Very truly yours,

Arthur Russell

cc.: Christopher Salloum, Esq.

*[Handwritten: Granted. The conference is adjourned to Sept. 25, 2019 at noon.]*

**So Ordered**
this 13th day of Sept 2019
/s/ Leda D. Wettre
Leda D. Wettre, USMJ